THE RIVERSIDE TURN VEREIN HARMONIE, A CORPORA-
TION, APPELLANT, v. THE MAYOR AND ALDERMEN
OF THE CITY OF PATERSON ET AL., RESPONDENTS.

Submitted March 26, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellant, *Ward & McGinnis.*

For the respondents, *Edward F. Merrey.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons
given in the *per curiam* in Wilhelmina Koettegen *v.* Mayor
and Aldermen of the City of Paterson et al., No. 149 of the
present term of this court.

*For affirmance*—THE CHANCELLOR, SWAYZE, PARKER,
BERGEN, MINTURN, KALISCH, WHITE, HEPPENHEIMER, WIL-
LIAMS, TAYLOR, GARDNER, JJ.   11.

*For reversal*—None.